## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF WYOMING

ROY MESTAS                                    )        CASE NO. 17-CV-00017-NDF
                                              )
Plaintiff,                                    )
                                              )
v.                                            )
                                              )
TOWN OF EVANSVILLE, a duly incorporated       )
Municipal Corporation under the laws of the   )
State of Wyoming,                             )
                                              )
Defendant.                                    )

**FILED**

2:15 pm, 7/17/17

**U.S. Magistrate Judge**

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

## TO FILE FIRST AMENDED COMPLAINT

This matter has come before the Court on Plaintiff's Motion for Extension of Time to File First Amended Complaint.  After review of the Motion and in consideration of the arguments made and the law presented,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion for Extension of Time to File First Amended Complaint is **granted**, and it is further

ORDERED AND ADJUDGED that the First Amended Complaint shall be filed on or before July 21, 2017.

SO ORDERED this 17th day of July, 2017.

Kelly H. Rankin
Magistrate Judge