# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*11:24 am, 12/18/19*

**Margaret Botkins**
**Clerk of Court**

Roy Mestas

                          Plaintiff,

vs.                              Case Number: 17CV17-F

Evansville WY

                          Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 12/18/2019    Time: 11:10am-11:14am

| Nancy D. Freudenthal | Tammy Hilliker | Jan Davis | Sandy Porter |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Megan Hayes

Attorney(s) for Defendant(s)    Thomas Thompson

Other: