Megan L. Hayes, #6-2891
Attorney at Law
910 Kearney St.
Laramie, WY  82070
(307) 760-6258-phone
mlhayes@wyoming.com

Attorney for Plaintiff

Thomas A. Thompson, #6-2640
MacPherson, Kelly & Thompson, LLC
P.O. Box 999
616 W. Buffalo
Rawlins, WY 82301
(307) 324-2713-phone
tthompson@wyomingattorneys.net

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF WYOMING

| | |
|---|---|
| ROY MESTAS ) | CASE NO. 17-CV-17-F |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TOWN OF EVANSVILLE, a duly incorporated ) | |
| Municipal Corporation under the laws of the ) | |
| State of Wyoming, ) | |
| ) | |
| Defendant. ) | |

### STIPULATED MOTION TO DISMISS WITH PREJUDICE

The parties, by and through their respective counsel, stipulate that this matter, together with all claims, demands and causes of action that were or could have been brought, be dismissed with prejudice.

1

2

The parties further stipulate that each party shall bear its own costs and attorneys' fees incurred herein.

Respectfully submitted this 17th day of January, 2020.

      ___s/Megan L. Hayes_____
      Megan L. Hayes
      Attorney for Plaintiff
      910 Kearney St.
      Laramie, WY  82070
      (307) 760-6258-phone
      mlhayes@wyoming.com

      _s/Thomas A. Thompson_____
      Thomas A. Thompson, WSB #6-2640
      Attorneys for Defendants
      MacPherson, Kelly & Thompson, LLC
      P.O. Box 999
      616 West Buffalo
      Rawlins, WY 82301
      (307) 324-2713-phone
      (307) 324-7348-fax
      tthompson@wyomingattorneys.net