# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | | |
|---|---|---|
| ROY MESTAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 17-CV-17-F |
| TOWN OF EVANSVILLE, a duly incorporated Municipal Corporation under the laws of the State of Wyoming, | ) ) ) ) | |
| Defendant. | ) ) | |

**FILED**

*10:29 am, 1/27/20*

**Margaret Botkins
Clerk of Court**

## ORDER OF DISMISSAL

This matter comes before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice, and the Court having reviewed the pleadings and being otherwise advised of the circumstances,

IT IS ORDERED that this matter, together with all claims, demands, and causes of action between the parties, is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 27th day of January, 2020.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE

1